**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EMERALD OIL, INC., *et al.*,[1] | ) | Case No. 16-10704 (KG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
| EMERALD OIL, INC., *et al.*, | ) |  |
|  | ) |  |
|  | ) | Adversary Proceeding No. 16-50998 |
| Plaintiffs, | ) |  |
| v. | ) |  |
|  | ) |  |
| DAKOTA MIDSTREAM, LLC; DAKOTA | ) |  |
| ENERGY CONNECTION, LLC; AND DAKOTA | ) |  |
| FLUID SOLUTIONS, LLC F/K/A MESA OIL | ) |  |
| SERVICES, LLC, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to rule 56 of the Federal Rules of Civil Procedure ("Federal Rules"), made applicable to this adversary proceeding pursuant to rules 7001 and 7056 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Plaintiffs Emerald Oil, Inc. ("Emerald Oil") and Emerald Oil WB LLC ("Emerald WB," and together with Emerald Oil, the "Plaintiffs"), by and through their undersigned counsel, hereby respectfully move for summary judgment (this "Motion"). In support of the Motion, the Plaintiffs have contemporaneously filed, and incorporate herein by reference, the *Plaintiffs' Memorandum in Support of Their Motion for*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Emerald Oil, Inc. (9000); Emerald DB, LLC (2933); Emerald NWB, LLC (7528); Emerald WB LLC (8929); and EOX Marketing, LLC (4887).  The location of the Debtors' service address is: 200 Columbine Street, Suite 500, Denver, Colorado 80206.

KE 41925264

*Summary Judgment* (the "Memorandum of Law"), and *Declaration of Wade Stubblefield in Support of the Motion for Summary Judgment* (the "Stubblefield Declaration").

WHEREFORE, for all the reasons stated in the Memorandum of Law, the Plaintiffs respectfully request that the Court enter an order, substantially in the form attached hereto, (a) granting summary judgment in favor of the Plaintiffs and against Defendants Dakota Midstream, LLC ("Dakota Midstream"), Dakota Energy Connection, LLC ("Dakota Energy"), and Dakota Fluid Solutions, LLC f/k/a Mesa Oil Services, LLC ("Dakota Fluid," and together with Dakota Midstream and Dakota Energy, the "Defendants") because no genuine issue of material fact exists to preclude entry of summary judgment as a matter of law on Counts I–IV of the *Complaint for Declaratory Judgment* [Docket No. 363] (the "Complaint") commencing the above-captioned adversary proceeding, and (b) granting such other and further relief as the Court deems just and proper.

Wilmington, Delaware  */s/ Laura Davis Jones*
Dated:  June 17, 2016  Laura Davis Jones (DE Bar No. 2436)
Colin R. Robinson (DE Bar No. 5524)
Joseph M. Mulvihill (DE Bar No. 6061)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
crobinson@pszjlaw.com
jmulvihill@pszjlaw.com

- and -

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett (admitted *pro hac vice*)
Travis M. Bayer (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
ryan.bennett@kirkland.com
travis.bayer@kirkland.com

*Counsel to the Debtors*

3