**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EMERALD OIL, INC., *et al.*,[1] | ) Case No. 16-10704 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| EMERALD OIL, INC., *et al.*, | ) |
| | ) |
| | ) Adversary Proceeding No. 16-50998 |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| DAKOTA MIDSTREAM, LLC; DAKOTA ENERGY CONNECTION, LLC; AND DAKOTA FLUID SOLUTIONS, LLC F/K/A MESA OIL SERVICES, LLC, | ) ) ) ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

This matter having come before the Court on the *Plaintiffs' Motion for Summary Judgment* (the "Motion")[2], the Court having reviewed the Motion and the accompanying Memorandum of Law and Stubblefield Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Emerald Oil, Inc. (9000); Emerald DB, LLC (2933); Emerald NWB, LLC (7528); Emerald WB LLC (8929); and EOX Marketing, LLC (4887).  The location of the Debtors' service address is: 200 Columbine Street, Suite 500, Denver, Colorado 80206.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Motion for Summary Judgment* or the Complaint commencing the above-captioned adversary proceeding.

this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Summary judgment is granted on Count I of the Complaint pursuant to 28 U.S.C. § 2201 because the Gas Gathering Agreement does not contain any covenants and equitable servitudes (if any) running with the land as a matter of law.

3. Summary judgment is granted on Count II of the Complaint pursuant to 28 U.S.C. § 2201 because the Crude Oil Gathering Agreement does not contain covenants and equitable servitudes (if any) running with the land as a matter of law.

4. Summary judgment is granted on Count III of the Complaint pursuant to 28 U.S.C. § 2201 because the Water Gathering Agreement does not contain covenants and equitable servitudes (if any) running with the land as a matter of law.

5. Summary judgment is granted on Count IV of the Complaint pursuant to 28 U.S.C. § 2201 because the Disposal Well Services Agreement does not contain covenants and equitable servitudes (if any) running with the land as a matter of law.

6

6.     This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.


Dated: _____, 2016
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE