## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EMERALD OIL, INC., *et al.*, | ) | Case No. 16-10704(KG) |
| | ) | (Jointly Administered) |
| _____Debtor._____ | ) | |
| EMERALD OIL, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 16-50998(KG) |
| | ) | |
| DAKOTA MIDSTREAM, LLC, *et al.*, | ) | |
| | ) | |

## TEMPORARY RESTRAINING ORDER

The Court conducted a teleconference today, August 1, 2016, during which Dakota Midstream, LLC ("Dakota") made an oral motion for a temporary restraining order to prohibit Debtors from transporting oil and water by truck and to cease flaring excess oil. After hearing from Debtors and Dakota, the Court issued an oral order restraining Debtors from trucking and flaring and, instead, that Debtors utilize Dakota's facility. The Court did so to (1) maintain the status quo, (2) finding that Dakota would be irreparably harmed, (3) balancing the hardships favored Dakota, (4) public policy favored Dakota, and (5) Dakota stood the likelihood of prevailing on the merits of the adversary proceeding in which Debtors seek a ruling from the Court that the dedication agreements do not run with the land. Debtors requested and the Court granted several days for Debtors to cease their trucking operations.

SO ORDERED.

Dated: August 1, 2016

_____
KEVIN GROSS, U.S.B.J.