**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EMERALD OIL, INC., *et al.*,[1] | ) Case No. 16-10704 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 362** |
| | ) |
| EMERALD OIL, INC., *et al.*, | ) |
| | ) |
| | ) Adv. Proc. No. 16-50998 (KG) |
| Plaintiffs, | ) |
| v. | ) **Re: D.I. 6, 7** |
| | ) |
| DAKOTA MIDSTREAM, LLC; DAKOTA ENERGY CONNECTION, LLC; AND DAKOTA FLUID SOLUTIONS, LLC F/K/A MESA OIL SERVICES, LLC, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

**CORTLAND CAPITAL MARKET SERVICES LLC'S JOINDER IN (1) PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AND (2) DEBTORS' MOTION FOR ENTRY
OF AN ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN
EXECUTORY CONTRACTS WITH THE DAKOTA MIDSTREAM PARTIES AND (II)
<u>GRANTING RELATED RELIEF</u>**

Cortland Capital Market Services LLC ("<u>Cortland</u>"), as Administrative Agent pursuant to

that certain Amended and Restated Credit Agreement, dated as of May 1, 2014, among Emerald

Oil, Inc. as Borrower, Cortland, and the Guarantors and Lenders party thereto, by and through its

undersigned counsel, hereby submits this joinder (the "<u>Joinder</u>") in support of *Plaintiffs' Motion*

*for Summary Judgment* [Adv. Pro. Dkt. No. 6], *Plaintiffs' Memorandum of Law In Support of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Emerald Oil, Inc. (9000); Emerald DB, LLC (2933); Emerald NWB, LLC (7528); Emerald WB LLC (8929); and EOX Marketing, LLC (4887).  The location of the Debtors' service address is:  200 Columbine Street, Suite 500, Denver, Colorado 80206.

*Motion for Summary Judgment* [Adv. Pro. Dkt. No. 7], and the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts with the Dakota Midstream Parties and (II) Granting Related Relief* [Dkt. No. 362] (collectively, the "Motions"). For the reasons set forth in the Motions, Cortland respectfully requests that the Court (a) grant the relief requested in the Motions and (b) grant such other and further relief as the Court deems just, proper and equitable.

Cortland expressly reserves and preserves its rights to supplement this Joinder and to present any additional arguments in connection with the Motions at any hearing thereon. Further, nothing herein may be construed to waive or otherwise impair any rights, remedies or defenses that Cortland may have in connection with the Motions or otherwise.

[*Remainder of page intentionally blank.*]

2

Dated: September 19, 2016
        Wilmington, Delaware

/s/ Andrew M. Dean
Mark D. Collins, Esq. (DE 3848)
Zachary I. Shapiro, Esq. (DE 5103)
Andrew M. Dean, Esq. (DE 6147)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile: (302) 651-7701
Email:  collins@rlf.com
        shapiro@rlf.com
        dean@rlf.com

          -and-

Joseph H. Smolinsky, Esq.
David N. Griffiths, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  joseph.smolinsky@weil.com
        david.griffiths@weil.com

*Counsel to Cortland Capital Market Services LLC*

RLF1 15192649v.1