## CERTIFICATE OF SERVICE

I, Andrew M. Dean, hereby certify that on September 19, 2016, I caused a copy of the

foregoing to be served in the manner so indicated on the persons listed below:

**By Hand Delivery:**

LAURA DAVIS JONES
COLIN R. ROBINSON
JOSEPH MICHAEL MULVIHIL
PACHULSKI STANG ZIEHL & JONES LLP
919 N. MARKET STREET, 17TH FLOOR
WILMINGTON, DE 19801

JOHN T. DORSEY
M. BLAKE CLEARY
PATRICK A. JACKSON
MICHAEL S. NEIBURG
YOUNG, CONAWAY, STARGATT &
TAYLOR
1000 NORTH KING STREET
WILMINGTON, DE 19801

FOX ROTHSCHILD LLP
CARL D NEFF
L JOHN BIRD
919 NORTH MARKET ST STE 300
WILMINGTON DE 19801

GIBBONS PC
NATASHA M SONGONUGA, ESQ.
300 DELAWARE AVE STE 1015
WILMINGTON DE 19801

JACAM CHEMICALS 2013 LLC
MORRIS JAMES LLP STEPHEN MORRIS
500 DELAWARE AVE STE 1500
PO BOX 2306
WILMINGTON DE 19899-2306

KOCH EXPLORATION CO LLC
COLE SCHOTZ PC N L PERNICK
500 DELAWARE AVE STE 1410
WILMINGTON DE 19801

LOIZIDES, P.A.
CHRISTOPHER D. LOIZIDES
1225 KING STREET, STE 800
WILMINGTON DE 19801

MONZACK MERSKY MCLAUGHLIN
BROWDER, P.A.
RACHEL B MERSKY
1201 N ORANGE ST STE 400
WILMINGTON DE 19801

OFFICE OF THE US TRUSTEE
HANNAH MUFSON MCCOLLUM
844 KING ST
STE 2207
WILMINGTON DE 19801

POWER SERVICE INC
COOCH AND TAYLOR PA
R G DICK IV
1000 W ST 10TH FL
WILMINGTON DE 19801

THREE BROS TRUCKING LLC
BAYARD PA J R ALBERTO
222 DELAWARE AVE STE 900
WILMINGTON DE 19801

US ATTORNEYS OFFICE
DISTRICT OF DELAWARE
1007 N ORANGE ST
WILMINGTON DE 19801

RLF1 15158368V.1

USG WHEATLAND AND WESTERN EXPL
POLSINELLI PC C A WARD
JUSTIN K. EDELSON
222 DELAWARE AVE STE 1101
WILMINGTON DE 19801

WELLS FARGO BANK NA
WOMBLE CARLYLE ET AL MATTHEW
WARD
222 DELAWARE AVE STE 1501
WILMINGTON DE 19801

CHIPMAN BROWN ET AL
WILLIAM E CHIPMAN JR
HERCULES PLAZA
1313 N MARKET ST STE 5400
WILMINGTON DE 19801

WELLS FARGO BANK NA
WOMBLE CARLYLE ET AL M P
PATTERSON
222 DELAWARE AVE STE 1501
WILMINGTON DE 19801

WHITEFORD TAYLOR PRESTON LLC
C M SAMIS; L K GOOD; C D MCCLAMB
THE RENAISSANCE CENTRE
405 N KING ST STE 500
WILMINGTON DE 19801

**By U.S. Mail:**

JAMES H.M SPRAYREHEN, P.C.
RYAN BLAINE BENNETT
WILLIAM E. ARNAULT
TRAVIS M. BAYER
KIRKLAND & ELLIS LLP
300 NORTH LASALLE
CHICAGO, IL 60654

BARNET B. SKELTON, JR.
BARNET B. SKELTON, JR., P.C.
JP MORGAN CHASE BANK BUILDING
712 MAIN, SUITE 1610
HOUSTON, TEXAS 77002

A2D TECH D/B/A TGS GEOLOGICAL
GENA GLOVER
C/O TGS-NOPEC GEOPHYSICAL COMPANY
10451 CLAY RD
HOUSTON TX 77041

AKIN GUMP STRAUSS ET AL
DAVID H BOTTER
ONE BRYANT PARK
BANK OF AMERICA TOWER
NEW YORK NY 10036

AKIN GUMP STRAUSS ET AL
SARAH LINK SCHULTZ
1700 PACIFIC AVE STE 4100
DALLAS TX 75201-4624

AMERITEST INC
MYLA KINDOPP-STENE
3003 23RD STREET NE
CALGARY AB T2E 7A4
CANADA

BAKER HUGHES BUSINESS SUPPORT SVCS
MARTIN CRAIGHEAD
2929 ALLEN PKWY STE 2100
HOUSTON TX 77019-2118

CACHE TRUCKING LLC
JOHN ISOM
430 6TH AVE WEST
WILLISTON ND 58801

CACHE TRUCKING LLC
MINOR AND BROWN PC DAVID RICH
650 S CHERRY ST STE 1100
DENVER CO 80246

COLUMBINE STREET PROPERTIES LLC
FAEGRE BAKER ET AL B E DEMPSEY
3200 WELLS FARGO CTR
1700 LINCOLN ST
DENVER CO 80203-4532

CRESTWARE
P.O. BOX 54010
NORTH SALT LAKE UT 84054

DAKOTA FLUID SOLUTIONS
TIM REYNOLDS
1400 WEWATTA ST
DENVER CO 80202

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL ST STE 4
DOVER DE 19901

DORE LAW GROUP PC
ZACHARY MCKAY AND KIM LEWINSKI
17171 PARK ROW STE 160
HOUSTON TX 77084

FMC TECHNOLOGIES COMPLETION SVCS
INC
JOHN GREMP
5875 N SAM HOUSTON PKWY W
HOUSTON TX 77086

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A 340
PO BOX 2952
SACRAMENTO CA 95812-2952

FTS INTERNATIONAL INC
LANCE TURNER
LOCKBOX 970490
DALLAS TX 75397

COIL TUBING PARTNERS LLC
GLEN J RITTER
2014 W PINHOOK RD #200
LAFAYETTE LA 70508

CORE SVCS INC
CORY JONES
14439 COMMERCE PARK BL
WILLISTON ND 58801

DAKOTA ENERGY CONNECTIONS LLC
TIM REYNOLDS
1400 WEWATTA ST
DENVER CO 80202

DAKOTA MIDSTREAM LLC
TIM REYNOLDS
1400 WEWATTA ST
DENVER CO 80202

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD STE 100
DOVER DE 19904

EMERALD OIL, INC.
JAMES MUCHMORE
200 COLUMBINE ST STE 500
DENVER CO 80206

FOX ROTHSCHILD LLP
PAUL J LABOV
100 PARK AVE 15TH FLR
NEW YORK NY 10017

FTS INTERANTIONAL SERVICES LLC
JENNIFER KEEFE
777 MAIN STREET STE 2900
FORT WORTH TX 76102

GIBBONS PC
KAREN A GIANNELLI, ESQ.
ONE GATEWAY CENTER
NEWARK NJ 07102

HAYNES & BOONE, LLP
STEPHEN M. PEZANOVSKY
301 COMMERCE STREET
SUITE 2600
FORT WORTH TX 76102

HAYNES & BOONE, LLP
KOURTNEY LYDA
1221 MCKINNEY, SUITE 2100
HOUSTON TX 77010

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016

IRONGATE RENTAL SVCS LLC
JAMES CLEM
19500 STATE HIGHWAY 249 STE 600
HOUSTON TX 77070

JACAM CHEMICALS 2013 LLC
LEGAL DEPT
205 S BROADWAY
STERLING KS 67579

JACAM CHEMICALS 2013 LLC
FOULSTON SIEFKIN LLP SHANNON WEAD
1551 N WATERFRONT PKWY STE 100
WICHITA KS 67206-4466

KLX ENERGY HOLDINGS LLC
GARY J ROBERTS
28099 EXPEDITE WAY
CHICAGO IL 60695-0001

KOCH EXPLORATION COMPANY, LLC
DAVID J. RAINS
4111 E. 37TH STREET N.
WICHITA KS 67220

LIBERTY OILFIELD SERVICES LLC
LATHROP AND GAGE LLP S K DEXTER
950 17TH ST STE 2400
DENVER CO 80802

LIBERTY OILFIELD SVCS LLC
CHRIS WRIGHT
950 17TH ST #2000
DENVER CO 80202

LUFKIN INDUSTRIES LLC
JOHN F GLICK
601 SOUTH RAGUET
LUFKIN TX 75902-0849

MCJUNKIN RED MAN CORP
ANDREW R LANE
909 FANNIN ST STE 3100
HOUSTON TX 77010

MCKENZIE ELECTRIC COOPERATIVE INC
JOHN SKURUPEY
908 4TH AVE NE PO BOX 649
WATFORD CITY ND 58854-0649

MICHIGAN DEPT OF TREASURY TAX POL
  DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BLDG
LANSING MI 48922

MLU SERVICES INC DBA GEN LOGISTICS
LATHROP AND GAGE LLP M L FAUL
2345 GRAND BLVD STE 2400
KANSAS CITY MO 64108

MSD PARTNERS L.P.
MARCELLO LIGUORI
645 FIFTH AVENUE, 21ST FLOOR
NEW YORK NY 10022

NEWALTA ENVIRONMENTAL SRVS INC
ANN MARIE GRIMEAU
1801 CALIFORNIA ST 50TH FL
DENVER CO 80202

PLUM COULEE ENTERPRISES LLC
BRUCE CONWAY
14274 19TH ST NW
ALEXANDER ND 58831

POWER SVCS INC
TONY CERCY
5625 CHAPMAN PL
CASPER WY 82604

QUINN PUMPS NORTH DAKOTA INC
JON ANDERSON
175 48TH AVE SW
DICKINSON ND 58601

SCHAFER & WEINER, PLLC
LEON N MAYER
40950 WOODWARD AVE, STE 100
BLOOMFIELD HILLS MI 48304

SECRETARY OF STATE
DIV OF CORPORATIONS FRANCHISE TAX
PO BOX 898
DOVER DE 19903

SECURITIES AND EXCHANGE
COMMISSION
NY REG OFFICE A CALAMARI REG DIR
200 VESSEY ST STE 400 BROOKFIELD PL
NEW YORK NY 10281-1022

SECURITIES AND EXCHANGE
COMMISSION
SEC OF THE TREASURY OFFICE OF GEN
COUNSEL
100 F ST NE
WASHINGTON DC 20549

SEITEL DATA LTD
STRASBURGER AND PRICE LLP D
BRESCIA
720 BRAZOS STE 700
AUSTIN TX 78701

SEITEL DATA LTD
STRASBURGER AND PRICE LLP A EDSON
901 MAIN ST STE 4400
DALLAS TX 75201-3794

SELECT ENERGY SVCS LLC
JOHN D SCHMITZ
1400 POST OAK BLVD STE 400
HOUSTON TX 77056

SHEPPARD MULLIN ET AL.
A FELD / T COHEN, ESQ.
333 S HOPE STREET, 43RD FL
LOS ANGELES CA 90071-1422

SHULMAN ROGERS GANDAL PORDY &
ECKER PA
MICHAEL J LICHTENSTEIN
12505 PARK POTOMAC AVE
POTOMAC MD 20854

SLAWSON EXPLORATION COMPANY
BROWNSTEIN HYATT ET AL S E
ABELMAN
410 17TH ST STE 2200
DENVER CO 80202-4432

SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GENERAL COUNSEL
REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

STANDARD SOLUTIONS LLC
BRAUN BROWN
1588 HWY 126
JONESVILLE LA 71343

STELLAR FIELD SVCS INC
BEAU BARKER ABBY BAKER
5307 151ST AVE NW
WILLISTON ND 58801

STONEHAM DRILLING CORP
DARCY REINBOLDT
707 17TH ST STE 32
DENVER CO 80202

STONEHAM DRILLING CORP
HOLLAND AND HART LLP R L WOLF-
SMITH
555 17TH ST STE 3200
DENVER CO 80201-8749

STONEHAM DRILLING CORP.
HEATHER STICKEL
707 17TH STREET STE 3250
DENVER CO 80202

THREE BROS TRUCKING LLC
THOMAS BATEMAN
18000 E 752 RD
HUMANSVILLE MO 65674

U.S. BANK NATIONAL ASSOCIATION
AS INDENTURE TRUSTEE
PATRICIA KAPSCH
60 LIVINGSTON AVENUE
ST. PAUL MN 55107

UBS O'CONNOR
BRIAN C. PACHECO
299 PARK AVENUE
NEW YORK NY 10171

US BANK NATIONAL ASSOC
AS INDENTURE TRUSTEE, MAURI COWEN
5555 SAN FELIPE STE 1150
HOUSTON TX 77056

US BANK NATIONAL ASSOCIATION
MAURI J COWEN VICE PRESIDENT
5555 SAN FELIPE ST STE 1150
HOUSTON TX 77056

US EPA REG 3 OFFICE OF REG COUNSEL
BETTINA DUNN PARALEGAL SPECIALIST
1650 ARCH ST
PHILADELPHIA PA 19103

USG WHEATLAND PIPELINE LLC
JOHN KETCHUM
700 UNIVERSE BLVD
JUNO BEACH FL 33408

VINSON AND ELKINS LLP
JAMES A MARKUS
2001 ROSS AVE STE 3700
TRAMMELL CROW CTR
DALLAS TX 75201-2965

WEATHERFORD US LP
WEYCER KAPLAN
JEFF CARRUTH
3030 MATLOCK RD STE 201
ARLINGTON TX 76015

WEIL GOTSHAL & MANGES LLP
JOSEPH H SMOLINSKY/ DAVID N
GRIFFITHS
76 FIFTH AVE
NEW YORK NY 10153

WELLS FARGO BANK NA
MICHAEL THOMAS
301 S COLLEGE ST FL 15
CHARLOTTE NC 28288

WELLS FARGO BANK NA
VINSON AND ELKINS W L WALLANDER
TRAMMELL CROW CENTER
2001 ROSS AVE STE 3700
DALLAS TX 75201-2975

WELLS FARGO BANK NA
VINSON AND ELKINS KARL SIGWARTH
TRAMMELL CROW CENTER
2001 ROSS AVE STE 3700
DALLAS TX 75201-2975

WEST DAKOTA WATER SOUTH LLC
JOEY DALE
1505 N MILLER STE 260
WENATCHEE WA 98801

WESTERN EXPLORATION AND ROAD
CONSTRUCTION INC
GRANDE FRISK CJ THOMPSON
2700 12TH AVE S STE A
FARGO ND 58103

WESTERN EXPLORATION AND ROAD
CONSTRUCTION

WHITING OIL AND GAS CORP
JAMES J VOLKER

JAMES PATE
3401 QUEBEC ST STE 9105
DENVER CO 80207

1700 BROADWAY STE 2300
DENVER CO 80290-2300

WOLVERINE FLAGSHIP FUND TRADING LTD.
ANDREW SUDJAK
175 W. JACKSON BLVD., STE 340
CHICAGO IL 60604

WORKPLACE ELEMENTS LLC
MILLS SCHMITZ ET AL AMANDA HALSTEAD
600 17TH ST STE 2800S
DENVER CO 80202

*/s/ Andrew M. Dean*
Andrew M. Dean (No. 6147)