**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: EMERALD OIL, INC., *et al.*,[1] <br><br>　　　　　　　　　Debtors. | )　Chapter 11 <br> )　Case No. 16-10704 (KG) <br> )　(Jointly Administered) |
| EMERALD OIL, INC., *et al.*, <br><br>　　　　　　　　　Plaintiffs, <br><br>　　　　v. <br><br> DAKOTA MIDSTREAM, LLC; DAKOTA ENERGY CONNECTION, LLC; and DAKOTA FLUID SOLUTIONS, LLC f/k/a MESA OIL SERVICES, LLC, <br><br>　　　　　　　　　Defendants. | )<br> )<br> )<br> )<br> )　Adversary Proceeding No. 16-50998(KG) <br> )<br> )　**Ref. Dkt. Nos. 6 & 7** <br> )<br> )<br> )<br> )<br> )<br> ) |

**APPENDIX TO DEFENDANTS' ANSWERING BRIEF IN OPPOSITION
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Attached for the Court's convenience are the following documents referenced in the

*Defendants' Answering Brief in Opposition to Plaintiffs' Motion for Summary Judgment* filed

September 14, 2016 [Adv. D.I. 30]:

1. Sample Emerald Oil & Gas Lease (cited at Ans. Br. ¶ 30)

2. NDIC Order 24665, dated July 1, 2014 (cited at Ans. Br. ¶ 54)

3. Brief of Appellant, *Beeter v. Sawyer Disposal LLC*, No. 20080346, 2009 WL 1023586 (N.D. Feb. 2009) (Appellate Brief) (cited at Ans. Br. ¶ 108)

4. Brief of Appellee, *Beeter v. Sawyer Disposal LLC*, No. 20080346, 2009 WL 1023585 (N.D. Feb. 2009) (Appellate Brief) (cited at Ans. Br. ¶ 108)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Emerald Oil, Inc. (9000); Emerald DB, LLC (2933); Emerald NWB, LLC (7528); Emerald WB LLC (8929); and EOX Marketing, LLC (4887).  The location of the Debtors' service address is: 200 Columbine Street, Suite 500, Denver, Colorado 80206.

Dated:  September 21, 2016   */s/ Patrick A. Jackson*
Wilmington, Delaware     M. Blake Cleary (No. 3614)
             John T. Dorsey (No. 2988)
             Patrick A. Jackson (No. 4976)
             Michael S. Neiburg (No. 5275)
             Shane M. Reil (No. 6195)
             **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
             1000 North King Street
             Wilmington, Delaware 19801
             Telephone: (302) 571-6600
             Facsimile: (302) 571-1253

             -and-

             Barnet B. Skelton, Jr. (admitted *pro hac vice*)
             **BARNET B. SKELTON, JR. P.C.**
             JP Morgan Chase Bank Building
             712 Main, Suite 1610
             Houston, Texas 77002
             Telephone: (713) 659-8761
             Facsimile: (713) 659-8764

             -and-

             Mark R. Western (admitted *pro hac vice*)
             Thaddeus E. Swanson (admitted *pro hac vice*)
             **NILLES LAW FIRM**
             1800 Radisson Tower
             201 North Fifth Street
             Fargo, North Dakota 58108-2626
             Telephone: (701) 237-5544
             Facsimile: (701) 280-0762

             *Counsel to Defendants Dakota Midstream, LLC,*
             *Dakota Energy Connection, LLC, and*
             *Dakota Fluid Solutions, LLC*