# Notice Recipients

District/Off: 0311−1               User: Brandon               Date Created: 9/23/2016
Case: 16−50998−KG                 Form ID: ntcAP              Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust         U.S. Trustee       Office of the United States Trustee       J. Caleb Boggs Federal Building       844 King Street,
            Suite 2207        Lockbox 35        Wilmington, DE 19801
ust         U.S. Trustee       Office of United States Trustee       J. Caleb Boggs Federal Building       844 King Street, Suite
            2207        Lockbox 35        Wilmington, DE 19899−0035

                                                                                    TOTAL: 2