**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: EMERALD OIL, INC., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 16-10704 (KG)<br>(Jointly Administered)<br><br>**Ref Dkt. Nos. 336, 362, 432, 456 & 507**<br><br>**Hearing Date: September 30, 2016 at 2:00 p.m. (ET)**<br>**Objection Deadline: At the Hearing** |
| EMERALD OIL, INC., *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>DAKOTA MIDSTREAM, LLC; DAKOTA ENERGY CONNECTION, LLC; and DAKOTA FLUID SOLUTIONS, LLC f/k/a MESA OIL SERVICES, LLC,<br><br>      Defendants. | Adversary Proceeding No. 16-50998(KG)<br><br>**Ref. Dkt. Nos. 1 & 6** |

<u>**JOINT NOTICE OF FILING GLOBAL SETTLEMENT TERM SHEET**</u>

PLEASE TAKE NOTICE that on September 21, 2016, the above-captioned debtors and debtors in possession (the "<u>Debtors</u>"); Dakota Midstream, LLC, Dakota Energy Connection, LLC, and Dakota Fluid Solutions, LLC f/k/a Mesa Oil Services, LLC (collectively, "<u>Dakota</u>"); and the Agent and the Lenders (as such terms are defined in the final debtor-in-possession financing order [D.I. 287] and set forth on Exhibit B annexed thereto) (collectively, the "<u>Parties</u>"), reached an agreement in principle resolving the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>") and the following contested matters (the "<u>Contested Matters</u>"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Emerald Oil, Inc. (9000); Emerald DB, LLC (2933); Emerald NWB, LLC (7528); Emerald WB LLC (8929); and EOX Marketing, LLC (4887).  The location of the Debtors' service address is: 200 Columbine Street, Suite 500, Denver, Colorado 80206.

1. Debtors' *Motion for Entry of (I) an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtors and the Purchaser, and (B) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief* [D.I. 336] (as amended or supplemented from time to time, the "Sale Motion"), and Dakota's preliminary objection thereto [D.I. 406];

2. Debtors' *Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts with the Dakota Midstream Parties and (II) Granting Related Relief* [D.I. 362] (the "Rejection Motion") and Dakota's objections thereto [D.I. 406 & 697];

3. Dakota's *Motion to Compel Payment for Post-Petition Services Pursuant to 11 U.S.C. §§ 503(b) and 105(a)* [D.I. 432] (the "Administrative Expense Motion") and the Debtors' objection thereto [D.I. 485];

4. The *Dakota Midstream Parties' Supplemental Request for Allowance of Administrative Expense Claim* [D.I. 501] (the "Supplemental Expense Claim");

5. Debtors' *Motion Pursuant to Sections 362 and 542 of the Bankruptcy Code to Compel Turnover of Estate Property and Enforce the Automatic Stay* [D.I. 456] (the "Turnover Motion") and Dakota's objection thereto [D.I. 507]; and

6. Dakota's *Cross-Motion for Limited Relief from the Automatic Stay, to the Extent Applicable* [D.I. 507] (the "Stay Relief Motion") and the Debtors' objection thereto [D.I. 536].

The settlement was summarized on the record at a telephonic hearing on September 22, 2016, and is memorialized in the Letter of Intent attached (in pertinent part) as Exhibit 1 hereto (the "Settlement Term Sheet").

PLEASE TAKE FURTHER NOTICE that the Court has previously entered orders concerning the Administrative Expense Motion [D.I. 596], on the one hand, and the Turnover Motion and Stay Relief Motion [D.I. 564], on the other hand, which were subject to further order of the Court.

PLEASE TAKE FURTHER NOTICE that, subject to the right to seek an adjournment at the hearing, a telephonic hearing to approve the Sale Motion and Rejection Motion will be held on September 30, 2016 at 2:00 p.m. (prevailing Eastern Time) (the "Hearing"), at or before which time the Parties intend to present orders to the Court implementing the Settlement Term Sheet pursuant to applicable provisions of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (including, without limitation, sections 503(b), 362, 363, and 365(b)(1)), and the Federal Rules of Bankruptcy Procedure (including, without limitation, Rule 9019(a)).

Dated:  September 28, 2016
Wilmington, Delaware

/s/ Laura Davis Jones
Laura Davis Jones (No. 2436)
Colin R. Robinson (No. 5524)
Joseph M. Mulvihill (No. 6061)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:            ljones@pszjlaw.com
                      crobinson@pszjlaw.com
                      jmulvihill@pszjlaw.com

-and-

James H.M. Sprayregen, P.C.
Ryan Blaine Bennett (admitted *pro hac vice*)
Travis M. Bayer (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      ryan.bennett@kirkland.com
                      travis.bayer@kirkland.com

*Counsel to the Debtors*

{*Additional signature page follows*}

Dated:  September 28, 2016
Wilmington, Delaware

*/s/ M. Blake Cleary*

M. Blake Cleary (No. 3614)
John T. Dorsey (No. 2988)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
Shane M. Reil (No. 6195)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Barnet B. Skelton, Jr. (admitted *pro hac vice*)
**BARNET B. SKELTON, JR. P.C.**
JP Morgan Chase Bank Building
712 Main, Suite 1610
Houston, Texas 77002
Telephone: (713) 659-8761
Facsimile: (713) 659-8764

*Counsel to Dakota Midstream, LLC,*
*Dakota Energy Connection, LLC, and*
*Dakota Fluid Solutions, LLC*