# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                               Chapter:  11
Emerald Oil, Inc., et al.
    Debtor                                     Bankruptcy No. 16–10704–KG

_____

Emerald Oil, Inc., et al.

    Plaintiff                                  Adversary No. 16–50998–KG

    vs.

Dakota Midstream, LLC ,  et al.

    Defendant

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 9/30/2016 was filed on 10/5/2016 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 10/26/2016 .

If a request for redaction is filed, the redacted transcript is due 11/7/2016 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1/3/2017 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.


_____
      Una O'Boyle, Clerk of Court


Date: 10/5/16


(ntc)