# Notice Recipients

District/Off: 0311−1            User: Brandon            Date Created: 10/5/2016
Case: 16−50998−KG            Form ID: ntcAP            Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust        U.S. Trustee        Office of the United States Trustee        J. Caleb Boggs Federal Building        844 King Street,
           Suite 2207        Lockbox 35        Wilmington, DE 19801
ust        U.S. Trustee        Office of United States Trustee        J. Caleb Boggs Federal Building        844 King Street, Suite
           2207        Lockbox 35        Wilmington, DE 19899−0035

                                                                                            TOTAL: 2