# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 10/31/2016 |
| Case: 16−50998−KG | Form ID: ntcAP | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust　　U.S. Trustee　　Office of the United States Trustee　　J. Caleb Boggs Federal Building　　844 King Street, Suite 2207　　Lockbox 35　　Wilmington, DE 19801

ust　　U.S. Trustee　　Office of United States Trustee　　J. Caleb Boggs Federal Building　　844 King Street, Suite 2207　　Lockbox 35　　Wilmington, DE 19899−0035

TOTAL: 2